# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, as Subrogee of Kevin Kwiatkowski, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FXI, INC. <br><br>　　　　Defendant. | Civil Action No.: <br>2:18-cv-12076-MFL-DRG <br><br>Honorable Matthew F. Leitman |

## DEFENDANT FXI, INC.'S INDEX OF EXHIBITS TO MOTION TO EXCLUDE

| **Exhibit** | **Description** |
|---|---|
| A | Excerpts of Kevin Kwiatkowski Deposition |
| B | Costco print-out of Kevin Kwiatkowski's purchase of the Product |
| C | Excerpts of Jackson Kwiatkowski Deposition |
| D | Sparkler Packaging |
| E | Excerpts of Pierson Kwiatkowski Deposition |
| F | Plaintiff's Answers to Interrogatories |
| G | Police Report |
| H | Excerpts of Deposition of Plaintiff's Expert, Elizabeth C. Buc |
| I | Excerpts of Deposition of Plaintiff's Expert, James Maxwell |
| J | Report of Plaintiff's Expert, James Maxwell |

-19-

| K | Report of Plaintiff's Expert, Ruston M. Hunt |
|---|---|
| L | Excerpts of Deposition of Plaintiff's Expert, Ruston M. Hunt |
| M | Report of Plaintiff's Expert, Elizabeth C. Buc |