# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CITIZENS INSURANCE
COMPANY OF AMERICA,

      Plaintiff,

v.

FXI, INC., et al.,

      Defendants.

Case No. 18-cv-12076
Hon. Matthew F. Leitman

## ORDER ON JOINT MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL DEADLINES

This cause coming to be heard on the parties, Plaintiff Citizens Insurance Company of America, as Subrogree of Kevin Kwiatkowski's ("Citizens"), and Defendant, FXI, Inc.'s ("FXI") Joint Stipulated Motion to Continue Trial and Extend Pretrial Deadlines, due notice having been given and the Court being fully advised:

**IT IS HEREBY ORDERED** that the trial date and scheduling order dates are adjourned as follows:

| | |
|---|---|
| Rule 26(a)(3) Pretrial Disclosures: | August 2, 2021 |
| Motions *In Limine*: | September 2, 2021 |
| Final Pretrial Order: | September 20, 2021 |
| Final Pretrial Conference: | October 4, 2021, at 1:30 p.m. |
| Trial: | October 18, 2021, at 9:00 a.m. |

                      /s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated: May 11, 2021

Order prepared by:

By:   */s/ James G. Argionis*
      James G. Argionis
      Attorney for FXI
      COZEN O'CONNOR
      123 N. Wacker Dr. Suite 1800
      Chicago, IL 60606
      T: (312) 474-7900
      jargionis@cozen.com