UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITIZENS INSURANCE COMPANY
OF AMERICA,

        Plaintiff,                    Case No. 18-cv-12076
                                                Hon. Matthew F. Leitman

  v.

FXI, INC.,

        Defendant
_____/

**ORDER (1) DENYING DEFENDANT'S MOTION IN LIMINE (ECF No. 54) WITHOUT PREJUDICE, (2) SETTING BRIEFING SCHEDULE FOR RENEWED MOTION IN LIMINE, AND (3) REQUIRING PERSONAL ATTENDANCE AT FINAL PRE-TRIAL CONFERENCE**

On January 21, 2022, the Court held a video hearing on Defendant FXI, Inc.'s motion in limine. (*See* Mot., ECF No. 54.)  For the reasons stated on the record, the motion is **DENIED WITHOUT PREJUDICE**.  Defendant may file a renewed motion in limine, as the Court described on the record, by no later than **January 28, 2022**.  Plaintiff Citizens Insurance Co. of America shall file a response to the motion in limine by no later than **February 4, 2022**.  The Court will hear argument on the motion in limine during the Final Pre-Trial Conference on **February 15, 2022**.

Finally, the Court directs that a personal representative with **full settlement authority** for each party attend the Final Pre-Trial Conference on February 15, 2022. This includes the personal appearance of a representative for FXI's insurance carrier who has full settlement authority.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: January 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126