UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA, as Subrogee of Kevin Kwiatkowski,<br><br>Plaintiff,<br><br>v.<br><br>FXI, INC.,<br><br>Defendant. | Case No. 18-cv-12076<br>Hon. Matthew F. Leitman |

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having received and reviewed the parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action and all claims asserted therein are hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the above-captioned action can be closed.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2022

1

Approved as to Form and Content:

| | |
|---|---|
| */s/ Glenn W. Mattar* | */s/ James G. Argionis (With Consent)* |
| Bruce N. Moss (P36588) | Corey T. Hickman (6317871) |
| Glenn W. Mattar | James G. Argionis (6228773) |
| DENENBERG TUFFLEY PLLC | COZEN O'CONNOR |
| 28411 Northwestern Hwy., Suite 600 | 123 North Wacker Drive |
| Southfield, Michigan 48034 | Suite 1800 |
| (248) 549-3900; (248) 593-5808 (fax) | Chicago, IL 60606 |
| bmoss@dt-law.com | (312) 474-7900; (312) 878-2004 (fax) |
| gmattar@dt-law.com | chickman@cozen.com |
| *Attorneys for Plaintiff* | jargionis@cozen.com |

and

John D. Black (P81027)
BOWMAN AND BROOKE LLP
41000 Woodward Avenue, Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300; (248) 205-3399 (fax)
john.black@bowmanandbrooke.com